UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BURTON, | No. 2:13-cv-2123 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| F. FOULK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2019, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 44). Plaintiff has filed objections to the findings and recommendations. (ECF No. 46).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 25, 2019 (ECF No. 44) are ADOPTED in full;

2. Defendants' motion for summary judgment, filed January 18, 2019 (ECF No. 33), is GRANTED IN PART and DENIED IN PART;

3. Defendants' motion for summary judgment is DENIED with respect to their contention that plaintiff's excessive force claim against defendant Chenoweth is barred by <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), and

4. Defendants' motion for summary judgment is GRANTED with respect to plaintiff's access to courts and retaliation claims.

DATED: November 14, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE