IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRISON BURTON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**F. FOULK, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-02123 JAM DB (PC)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO MODIFY NOVEMBER 30, 2020 ORDER REGARDING A SETTLEMENT CONFERENCE (ECF NO. 62)** |

　　The court, having considered Defendant Chenoweth's unopposed request to modify the court's November 30, 2020, order (ECF No. 62), finds good cause to grant the request.

　　Accordingly, IT IS HEREBY ORDERED as follows:

　　(1)　Under the November 30, 2020, order, if the parties agree that a settlement conference would be useful, they have twenty days from the date of their meet and confer to "file a joint statement so informing the court and stating whether they waive any claim of disqualification from having the undersigned magistrate judge conduct the conference or whether they wish to have a different magistrate judge conduct it." (ECF No. 62 at 2.)  The parties shall have an additional forty-five days to provide their joint statement, as described in the November 30, 2020, order, to the court, and,

1

[Proposed] Order Granting Def.'s Unopposed Request to Modify Nov. 30, 2020, Order re Settlement
(2:13-cv-02123 JAM DB (PC))

(2)   The pretrial statement deadlines established in the court's November 30, 2020, order (ECF No. 62) are VACATED.

The court will reset the pretrial statement deadlines if the parties do not file a joint statement requesting a settlement conference by the expiration of the forty-five-day extension granted in this order.

Dated:  December 23, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/burt2123.prop.mod.o

2

[Proposed] Order Granting Def.'s Unopposed Request to Modify Nov. 30, 2020, Order re Settlement
(2:13-cv-02123 JAM DB (PC))